Celia Elicinia BARRIENTOS,
Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 15-70016

United States Court of Appeals,
Ninth Circuit.

Submitted December 14, 2016 *

Filed December 19, 2016

Steven Espinoza, Esquire, Attorney, Law Office of Steven Espinoza, Whittier, CA, for Petitioner

Jesse David Lorenz, Esquire, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Celia Elicinia Barrientos, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's order denying her motion to reopen deportation proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Avagyan v. Hold-*er, 646 F.3d 672, 674 (9th Cir. 2011). We deny the petition for review.

The agency did not abuse its discretion in denying Barrientos' motion to reopen as untimely, where Barrientos filed the motion over sixteen years after her final order of deportation, *see* 8 C.F.R. § 1003.23(b)(1), and she has not demonstrated the due diligence necessary to warrant equitable tolling of the filing deadline, *see Avagyan* at 679 (equitable tolling is available to an alien who is prevented from filing a motion to reopen due to deception, fraud, or error, as long as the alien exercises due diligence in discovering such circumstances).

In light of our disposition, we do not reach Barrientos' remaining contentions.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.